JAMES L. KAPSIS, Appellant, v MICHAEL S. PERAGINE et al., Respondents.

Submitted August 27, 2012; decided October 30, 2012

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

JAMES LASTRA, Appellant, v BARNES AND NOBLE et al., Respondents.

Decided October 30, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

LATIPAC CORP., Appellant, v BMH REALTY LLC et al., Respondents.

Submitted August 27, 2012; decided October 30, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.